Argued April 22, affirmed April 22, 1971

## STATE OF OREGON, *Respondent, v.* MICHAEL JOHN CALHOUN, *Appellant.*

483 P2d 825

*James T. Marquoit*, Portland, argued the cause for appellant. With him on the briefs were Maizels & Marquoit, Portland.

*Jacob B. Tanzer*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

AFFIRMED FROM THE BENCH.